Date: 05/11/10          Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 3011 Dated 05/11/10
Case Number 09-10392 - PENN, MICHQUEL MAELINE

*(handwritten: /#3011  /#15038)*

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090<br>(1-1) 14474647 | 000001 | 108.92 | 2.26 |
| Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090<br>(2-1) 18145084 | 000002 | 157.93 | 3.27 |
| Ohio Edison Company<br>Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141<br>(10-1) electric service | 000010 | 174.19 | 3.61 |
| ---------- Remittance Total --------------- | | 441.04 | 9.14 |

*(signature)*

SHELDON STEIN, BANKRUPTCY TRUSTEE